No. 74–6247. THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6253. BOERNER v. UNITED STATES;
No. 74–6261. BOERNER v. UNITED STATES; and
No. 74–6262. BEAUFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6255. GARDFREY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–6260. SELLARO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–6281. WASSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 74–6282. BORUSKI v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–6298. POLLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6308. BARKER ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–6325. BRANSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6338. HALL v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 74–6339. HEMMINGER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74–6372. CARTER v. BENNETT. C. A. 5th Cir. Certiorari denied.